# Court of Appeals of the State of Georgia

ATLANTA,  June 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1480. CORINTHIAN COREY PARROTT v. THE STATE.**

In December 2019, Corinthian Corey Parrott pled guilty to trafficking methamphetamine, possession of marijuana with intent to distribute, and five counts of furnishing prohibited items to inmates. In November 2020, Parrott filed a motion for out-of-time appeal, which the trial court denied. Parrott then filed a timely notice of appeal.

Recently, the Supreme Court eliminated the out-of-time appeal procedure in trial courts, holding that a trial court is "without jurisdiction to decide [a] motion for out-of-time appeal" on the merits because "there was and is no legal authority for motions for out-of-time appeal in trial courts." *Cook v. State*, 313 Ga. 471, 506 (5) (870 SE2d 758) (2022). The Supreme Court also concluded that this holding applies to "all cases that are currently on direct review or otherwise not yet final[,]" id., and directed that "pending and future motions for out-of-time appeals in trial courts should be dismissed, and trial court orders that have decided such motions on the merits . . . should be vacated if direct review of the case remains pending or if the case is otherwise not final." Id. at 505 (4).

In light of *Cook*, Parrott had no right to file a motion for an out-of-time appeal in the trial court. See *Rutledge v. State*, 313 Ga. 460, 461 (870 SE2d 720) (2022).

Accordingly, the trial court's order denying Parrott's motion for an out-of-time appeal is VACATED, and this case is REMANDED for the entry of an order dismissing his motion for an out-of-time appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  06/12/2023*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*